No appearance for Defendant in Error.

---

Sidney J. Catts as Governor, et al., as Trustees of the Internal Improvement Fund, Appellants, v. Avocado Land Company, a Corporation, Appellee.

An Appeal from a Decree of the Circuit Court within and for the County of Dade.

Appeal dismissed on motion of counsel for appellants.

*Glenn Terrell,* for Appellants;

*W. S. & S. B. Jennings* and *B .Franklin Brass,* for Appellee.